United States District Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HOWIE, *derivatively on behalf of* CAMBER ENERGY INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-22-2167 |
| JAMES A. DORIS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Nominal Defendant Camber Energy, Inc.'s Motion to Terminate Derivative Action (Document No. 62). Having considered the motion, submissions, and applicable law, the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Nominal Defendant Camber Energy, Inc.'s Motion to Terminate Derivative Action (Document No. 62) is **DENIED**.

SIGNED at Houston, Texas, on this __5__ day of January, 2024.

DAVID HITTNER
United States District Judge