# COURTROOM MINUTES

## JUDGE DAVID HITTNER PRESIDING

COURTROOM CLERK: Joseph Wells
COURT REPORTER : Dye
LAW CLERK: SB

| MORNING SESSION: | AFTERNOON SESSION: 2:10 - 3:12 | DATE: 09/12/2024 |
|---|---|---|

## DOCKET ENTRY

4:22-cv-02167
Howie v. Doris et al

PROCEEDING: Final Settlement Hearing

Appearances:
For Plaintiff: Lee Squitiers, Will, Moore

For Defendants: Scott Fletcher - Camber ; Held, Harris
Danny David - Individual Defendants

Argument heard regarding attorney's fees. Order to follow.

Witnesses: